IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTHUR A. BLUMEYER, III,

    Petitioner,

-vs-

J.S. WALTON, *warden*,

    Respondent.                              No. 11-cv-1137-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 26, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED** with prejudice.

    DATED: August 26, 2013

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:  *s/Sara Jennings*
                                                 Deputy Clerk

Digitally signed by David R. Herndon
Date: 2013.08.26 13:27:22 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT